UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21834-CIV-King/Garber

BLUEFLY, INC.,

    Plaintiff/Garnishor,

v.

J-WATCH, INC.,

    Defendant.

and

WACHOVIA BANK,

    Garnishee.
_____/

## ORDER

THIS CAUSE is before the Court by reference from U.S. District Judge James Lawrence King on the plaintiff's Motion for Entry of Final Judgment in Garnishment (DE 32).

Garnishee Wachovia Bank was duly served with a Notice of Garnishment, as was the defendant. The garnishee served its Amended Answer acknowledging that it was indebted to the defendant in the amount of $3,583.10 from an account that was maintained in the name of J-Watch, Inc., d/b/a Lancaster Time. Said Amended Answer was timely provided to the Amended Answer as required by law.

Based upon the foregoing and a review of the record, it is hereby

ORDERED that plaintiff's Motion for Entry of Final Judgment in Garnishment is GRANTED. Final Judgment in Garnishment is hereby entered in favor of plaintiff Bluefly, Inc. and against garnishee Wachovia Bank in the amount of $3,583.10, which amount together with a statutory fee of One Hundred Dollars ($100.00), shall be released and

disbursed to plaintiff Bluefly, Inc.

      DONE AND ORDERED in Chambers at Miami, Florida this 21st day of June, 2007.

                                                     _____
                                                   BARRY L. GARBER
                                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record